UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACOMA ENERGY, LLC, an Ohio Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>RESIDENTIAL ENERGY SERVICES NETWORK, INC., a California corporation; DOES 1 through 25, inclusive,<br><br>    Defendant. | Case No.: 22cv438-LL-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[ECF No. 17] |

For good cause shown, the parties' Joint Motion to Extend Time to Respond to the First Amended Complaint (FAC) in the above-referenced case is granted. Defendant's time to respond to Plaintiff's FAC is extended from April 26, 2022 to **May 26, 2022**.

**IT IS SO ORDERED**.

Dated: April 22, 2022

Honorable Linda Lopez
United States District Judge